## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

Jorge Juan Preguerman,

Case No. 13-29350-AJC
Chapter 13

        Debtor.
_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Debtor, Jorge Juan Preguerman, by and through the undersigned counsel, file this Motion to Modify the Chapter 13 Plan as grounds therefore state:

1. This case was filed under Chapter 13 on August 15, 2013.

2. The Debtor's Third Amended Chapter 13 Plan was confirmed on April 2, 2014.

3. The Debtor's First Modified Chapter 13 Plan will allow the Debtor to file a Motion to Value and Determine the Secured Status of Lien Held by Bayview Loan Servicing, LLC as the LMM has been denied.

4. The term of the modified plan is sixty months.

WHEREFORE the Debtor, Jorge Juan Preguerman, respectfully requests that this Court grant her Motion to Modify Chapter 13 Plan and grant such further relief as this Court may deem just and equitable under the circumstances.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in local Rule 2090-1(A).

Dated: September 22, 2014

          Respectfully submitted,

          ADAMS & ASSOCIATES, P.A.
          Bank of America Building
          1165 West 49th Street, Suite 107
          Hialeah, Florida 33012
          Telephone: (305) 824-9800
          Facsimile: (305) 824-3868

By:   /s/ Richard J. Adams, Esq.
        Richard J. Adams, Jr., Esq.
        Florida Bar No.: 770434